### NIXON *v.* ZURICALDY and Another.

APPEAL from judgment entered upon a verdict of a jury, given by direction of trial judge, and from an order denying defendant's motion for a new trial.

*Olcott, Mestre & Gonzalez* (*James L. Bishop*, of counsel), for defendants (appellants).

*Arnoux, Ritch & Woodford* (*William H. Arnoux*, of counsel), for plaintiff (respondent).

*Per Curiam.*   Judgment and order appealed from are affirmed, with costs, on opinion filed by the learned court below.*

---

### ROTHSCHILD *v.* ZUCKER.

APPEAL by plaintiff from order directing bill of particulars.

*Gustavus W. Rawson,* for plaintiff (appellant).

*Freeman & Green,* for defendant (respondent).

*Per Curiam.*   The order should be affirmed, with ten dollars costs and disbursements.